UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

07 NOV -5 AM 10: 17

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Jose Ramon DIAZ-Corral,** Defendant. | Magistrate Docket No. '07 MJ 2593 COMPLAINT FOR VIOLATION OF: Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **November 2, 2007** within the Southern District of California, defendant, **Jose Ramon DIAZ-Corral,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 5th DAY OF **NOVEMBER, 2007**

Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Jose Ramon DIAZ-Corral**

**PROBABLE CAUSE STATEMENT**

I declare under the penalty of perjury that the following statement is true and correct:

On November 2, 2007 Senior Patrol Agent Leo C. Robinson was performing assigned duties in the Chula Vista area of operations. On this date Agent Robinson was conducting routine checks of areas referred to as "lay up" spots along Otay Lakes Road. Aliens commonly use these spots to hide and wait for rides in order to further their illegal entry into the United States. Aliens have been apprehended in these areas in the recent past. At approximately 11:45 AM Agent Robinson encountered the defendant **Jose Ramon DIAZ-Corral** hiding in an abandoned barn. This area is approximately three mile east of the port of entry at Otay Mesa, California and approximately five miles north of the United States/Mexico border. Agent Robinson identified himself to the defendant as a Border Patrol Agent and queried him as to his immigration status. The defendant admitted to being a citizen of Mexico illegally present in the United States. The defendant was taken into custody and transported to Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on **October 2, 2007** through **Calexico, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his rights as per the Miranda Warning. The defendant admitted that he understood his rights and that agreed to be interviewed without representation. The defendant admitted to being a citizen and national of Mexico illegally present in the Untied States. The defendant admitted that he entered the United States illegally on October 31, 2007, and he did not have documents that would allow him to legally enter the United States.

Executed on November 3, 2007 at 9:30 a.m.

Ismael A. Canto
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on October 31, 2007, in violation of Title 8, United States Code, Section 1326.

Peter C. Lewis
United States Magistrate Judge

11-3-07 @ 10:29 am
Date/Time